PROB 22
(Rev. 2/88)

**REVISED TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER *(Trans. Court)* | 0644 1:03CR-0000B-06-R |
| DOCKET NUMBER *(Rec. Court)* | 12CR50056-DCB-CR? |

**FILED RECEIVED — LODGED COPY**
MAR -8 2012
CLERK U S DISTRICT COURT
BY DISTRICT OF ARIZONA
DEPUTY

**FILED**
MAR 16 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Blane BARKSDALE (#9309) | Western Kentucky | Bowling Green |

| | |
|---|---|
| NAME OF SENTENCING JUDGE | Thomas B. Russell, Senior U/S. District Judge |

| DATES OF SUPERVISED RELEASE: | FROM 1/27/2012 | TO 1/26/2017 |
|---|---|---|

**FILED RECEIVED — LODGED COPY**
MAR 2012
CLERK U S DISTRICT COURT
BY DISTRICT OF ARIZONA
DEPUTY

**OFFENSE**

Ct. 18 - Conspiracy to Possess With Intent to Distribute 1,000 Kilograms or more of Marijuana, a Schedule I Controlled Substance [21 USC 846] and Ct. 28 - Possession With Intent to Distribute 1,000 Kilograms or more of Marijuana, a Schedule I Controlled Substance [21 USC 841(a)(1) and 18 USC 2]

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Arizona_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__2/16/12__
Date

_Thoma S. Russell_
Thomas B. Russell
Senior Judge, United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF _ARIZONA_

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__3/8/12__
Effective Date

_____
UNITED STATES DISTRICT JUDGE

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR 12 2012

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

419



# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK



**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE
130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 3, 2012

Federal Building
241 East Main Street, Room 120
Bowling Green, KY 42101-2141

Re: USA v. Morgan, et al
      Our Case # 4:12CR50056-TUC-DCB-CRP
      Your Case 1:03CR00008-06-R
      Defendant: Blane Barksdale

Dear Clerk:

Pursuant to the enclosed copy of the "Transfer of Jurisdiction" to the District of Arizona that was filed in our Court on 3/8/2012 regarding the above named defendant, we would appreciate your sending to our Tucson office certified copies of the following:

          1. SS Indictment

Thank you for your cooperation in this matter.

                              Sincerely,

                              BRIAN D. KARTH
                              CLERK OF COURT
                              DISTRICT COURT EXECUTIVE

                              By:     s/Shannen Beckman
                              Shannen Beckman
                              Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

## Transfer Documents
1:03-cr-00008-TBR-ERG USA v. Morgan, et al **CASE CLOSED on 08/22/2011**

### U.S. District Court

### Western District of Kentucky

## Notice of Electronic Filing

The following transaction was entered on 3/13/2012 at 10:54 AM EDT and filed on 3/12/2012

**Case Name:**        USA v. Morgan, et al
**Case Number:**      1:03-cr-00008-TBR
**Filer:**
**Document Number:** 419

**Docket Text:**
**Supervised Release Jurisdiction Transferred to District of Arizona as to Blane Barksdale. (Attachments: # (1) cover letter) (CDF)**

**1:03-cr-00008-TBR-6 Notice has been electronically mailed to:**

Terry M. Cushing terry.cushing@usdoj.gov, arlandria.spalding@usdoj.gov, usakyw.assetfor@usdoj.gov, usakyw.ecfcriminal@usdoj.gov, usakyw.vwu@usdoj.gov

Monica V. Wheatley monica.wheatley@usdoj.gov, arlandria.spalding@usdoj.gov, usakyw.assetfor@usdoj.gov, usakyw.ecfcriminal@usdoj.gov, usakyw.vwu@usdoj.gov

Elmer J. George Dana@elmerjgeorgelaw.com, Gia@elmerjgeorgelaw.com

John David Cole, Jr colejr@coleandmoore.com, tcostelow@coleandmoore.com

Thomas F. Chimera (Terminated) chimeradonnelly@bellsouth.net

E. Kenneth Duncan kennethduncan1@hotmail.com

Danny P. Butler dpbutler@windstream.net

Steven O. Thornton sothornton@stevethorntonlaw.com, mcarrier@stevethorntonlaw.com

Laura L. Hall laura.hall@usdoj.gov, angelia.bowers@usdoj.gov, usakyw.assetfor@usdoj.gov, usakyw.ecfcriminal@usdoj.gov, usakyw.vwu@usdoj.gov

Jamie L. Haworth jamie_haworth@fd.org, april_gibbs@fd.org, cheryl_judd@fd.org

Martin Stanley Pinales mspinales@strausstroy.com, mpinales@cinci.rr.com, rlshapiro@strausstroy.com, tjweber@strausstroy.com

Dennis M. Ritchie ritchielaw1@aol.com

Kathleen G. Morris morriskathleen@bellsouth.net

**1:03-cr-00008-TBR-6 Notice will not be electronically mailed to.:**

Alexander T. Taft , Jr
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Bertram Polis
338 N. Granada Avenue
Tucson, AZ 87501-8212

Brian Sutton(Terminated)
09152-033
Federal Prison Camp
B-1
P.O. Box 6000
Ashland, KY 41105

Gary W. Lanker
Law Office of Gary W. Lanker
3499 Crazy Horse Drive
Suite 11
Memphis, TN 38118

John L. Caudill (USA)
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Joseph R. Kirwan
Coffman & Smith
917 College Street
P. O. Box 1359
Bowling Green, KY 42102

Walter B Nash , III(Terminated)
P.O. Box 2310
Tucson, AZ 55702

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=3/13/2012] [FileNumber=1800565-0
] [84081f0f38e0baeecd7331626a1e825481d267eabe4c78bc3024c25c1814a590ace
388a12e574c5295bef0791430c07f5edce1322c99ced628d2495355bd3070]]
**Document descriptio n:** cover letter
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1036078947 [Date=3/13/2012] [FileNumber=1800565-1
] [832be99cb53a8b6978ac87050c8fd345c16937e842c274f0815a0169bb24edd98cc
5810f3659cf2d4ae566968567c5c3106110daf836b755a411e7818332b314]]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2003 JUL -9 PM 2:48

UNITED STATES OF AMERICA

v.

JESSE REED MORGAN,
JESUS ANTONIO ZAZUETA-GARCIA,
JEFFREY ALLEN LAYTART,
CARLOS DAAHIR-INGRAM,
MELISSA ANN DURHAM, a/k/a MISSY
DURHAM, a/k/a MISSY MORGAN,
BLANE BARKSDALE, a/k/a JEFF FEHRENBACH

SUPERSEDING INDICTMENT

NO. __1:03CR-8-R__

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(vii)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 2
18 U.S.C. § 4

The Grand Jury charges:

## COUNT 1

From on or about and between October 1, 1998 and January 29, 2003, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendants, **JESSE REED MORGAN, JESUS ANTONIO ZAZUETA-GARCIA, JEFFREY ALLEN LAYTART, CARLOS DAAHIR-INGRAM,** and **BLANE BARKSDALE, a/k/a JEFF FEHRENBACH**, did knowingly conspire with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(vii).

CERTIFIED
U.S. DISTRICT COURT
BOWLING GREEN, KY
Date: 03/13/2012
By: _____
Deputy Clerk

The Grand Jury further charges:

## COUNT 2

On or about January 31, 2003, in the Western District of Kentucky, Taylor County, Kentucky, **JESSE REED MORGAN, JESUS ANTONIO ZAZUETA-GARCIA, JEFFREY ALLEN LAYTART, CARLOS DAAHIR-INGRAM,** and **BLANE BARKSDALE a/k/a JEFF FEHRENBACH,** defendants herein, each aided and abetted by the other and other persons known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3

From on or about and between October 1, 1998 and January 29, 2003, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendant, **MELISSA ANN DURHAM, a/k/a MISSY DURHAM, a/k/a MISSY MORGAN** having knowledge of the actual commission of felonies cognizable by a court of the United States, to wit, manufacture and possession with the intent to distribute marijuana, did conceal and fail to make same known, as soon as possible, to some judge or other person in civil or military

2

authority under the United States.

In violation of Title 18, United States Code, Section 4.

The Grand Jury further charges:

## COUNT 4
### [Forfeiture]

As a result of committing an offense of Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Counts 1 and 2 of this Indictment, a felony punishable by imprisonment for more than one year, the defendants, **JESSE REED MORGAN, JESUS ANTONIO ZAZUETA-GARCIA, JEFFREY ALLEN LAYTART, CARLOS DAAHIR-INGRAM,** and **BLANE BARKSDALE, a/k/a JEFF FEHRENBACH,** shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation alleged in Counts 1 and 2 of this Indictment.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

~~FOREPERSON~~

FOREPERSON

_Monica Wheatley_ AUSA

MONICA WHEATLEY
ACTING UNITED STATES ATTORNEY

MW:JLC:ala:070103

3

UNITED STATES OF AMERICA v. JESSE REED MORGAN, JESUS ANTONIO ZAZUETA-GARCIA, JEFFERY ALLEN LAYTART, CARLOS DAAHIR-INGRAM, MELISSA ANN DURHAM, A/K/A MISSY DURHAM, A/K/A MISSY MORGAN, and BLANE BARKSDALE, a/k/a JEFF FEHRENBACH

## P E N A L T I E S

Count 1:   NL 10 yrs./NM Life/$4,000,000/both/At Least 5 yrs. Supervised Release
Count 2:   NL 10 yrs./NM Life/$4,000,000/both/At Least 5 yrs. Supervised Release
Count 3:   NM 3 yrs/$250,000/both/NM 1 yr. Supervised Release
Count 4:   Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

## SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual         Felony:   $100 per count/individual
               $125 per count/other                        $400 per count/other

## FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due **immediately** unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses,

you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.   That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.   Give bond for payment thereof.

18 U.S.C. § 3572(g)


PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:       Clerk, U.S. District Court
                  106 Gene Snyder U.S. Courthouse
                  601 West Broadway
                  Louisville, KY  40202
                  502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
                  120 Federal Building
                  241 East Main Street
                  Bowling Green, KY  42101
                  270/393-2500

OWENSBORO:        Clerk, U.S. District Court
                  126 Federal Building
                  423 Frederica
                  Owensboro, KY  42301
                  270/689-4400

PADUCAH:          Clerk, U.S. District Court
                  127 Federal Building
                  501 Broadway
                  Paducah, KY  42001
                  270/416-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2003 JUL -9 PM 2:48

FORM DBD-34
JUN 85

No. 1:03CR-8-R

## UNITED STATES DISTRICT COURT

Western District of Kentucky

Bowling Green Division

### THE UNITED STATES OF AMERICA

vs.

JESSEE REED MORGAN, JESUS ANTONIO ZAZUETA-GARCIA, JEFFREY ALLEN LAYTART, CARLOS DAAHIR-INGRAM, MELISSA ANN DURHAM, A/K/A MISSY DURHAM, A/K/A MISSY MORGAN, BLANE BARKSDALE, A/K/A JEFF FEHRENBACH

### SUPERSEDING INDICTMENT

Title 21, United States Code, §§ 846, 841(b)(1)(A)(vii), 841(a)(1), and 853; Title 18, United States Code, § 4 and 2 Conspiracy to Possess With Intent to Distribute Marijuana, Possession With Intent to Distribute Marijuana, Misprision of a Felony, Aiding and Abetting, Forfeiture.

A true bill

_____
Foreman

Filed in open court this 9th day,

of July A.D. 2003.

_____
Clerk

Bail, $